UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KESSLER,

        Plaintiff,

v.

LD II, LLC and SUKHNEET LLC, individually,

        Defendants.

Case No.: 2:21-cv-00515-RSL

**ORDER GRANTING LD II, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

THIS MATTER having come before the Court on Defendant LD II, LLC's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, the Motion is **GRANTED** and it is hereby **ORDERED THAT**:

Defendant LD II, LLC shall have until June 10, 2021 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED**

Dated this 6th day of May, 2021.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT LD II, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - 1
(2:21-cv-00515-RSL)

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000